| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ARTURO M. CISNEROS, #120494<br>NATHAN F. SMITH, #264635<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive<br>Irvine, CA 92612<br>Phone: (949) 252-9400<br>Fax: (949) 252-1032<br>Email: arturo@mclaw.org; nathan@mclaw.org<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Chapter 7 Trustee, Mark M. Sharf | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>VISION ADELANTE<br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-18528-WB<br><br>CHAPTER: 7<br><br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 02/12/2026 | **Time:** 2:00 pm |
|---|---|
| **Location:** 255 East Temple Street, Los Angeles CA 90012, Ctrm 1375 ||

**Type of Sale**:  ☒ Public   ☐ Private     **Last date to file objections**: 01/29/2026

**Description of property to be sold**:
$125,000 judgment entered in favor of Trustee on January 31, 2025 ("Judgment") Against Goodbye Vitiligo/Adios Vitiligo, Inc. and Ricardo Magana

**Terms and conditions of sale**:
"As is - where as"; Closing shall close as quickly as possible; Subject to Approval and Jurisdiction of the U.S. Bankruptcy Court. Please see contact information below for further details.

**Proposed sale price**: $ 8,000.00

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Overbid procedure (*if any*):**

N/A

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

Hearing Date: February 12, 2026
Time: 2:00 pm
Place:
U.S. Bankruptcy Court
255 East Temple Street, Ctrm 1375
Los Angeles CA 90012

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Nathan F. Smith
Malcolm ♦ Cisneros
2112 Business Center Drive
Irvine CA 92612
Telephone: 949-252-9400
e-mail: nathan@mclaw.org

Date: 01/06/2026

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                                    **F 6004-2.NOTICE.SALE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2112 Business Center Drive, 2nd Floor, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/07/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

OFFICE OF THE U.S. TRUSTEE: United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: Mark M Sharf (TR)    mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com
2180473420@filings.docketbird.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/07/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

~~DEBTOR: Vision Adelante, 1267 Sartori Ave, Torrance, CA 90501~~
01/20/2023 – Return to sender, not mail receptacle unable to forward
NOTICE: The Law Offices of Sheila Esmaili, 11601 Wilshire Blvd. Ste 500, Los Angeles, CA 90025
NOTICE: Andres Gomez, JPB LLC, 1309 Coffeen Avenue, Ste 1200, Sheridan WY 82801

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/07/2026 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 6004-2.NOTICE.SALE**

**SECTION 1 CONT:**
NOTICE: Arturo Cisneros arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Gloria D Cordova NEF@gcordovalaw.com, NEF@gcordovalaw.com; ssg@gcordovalaw.com
NOTICE: Shannon A Doyle sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com
NOTICE: Sheila Esmaili selaw@bankruptcyhelpla.com
NOTICE: Rebecca Estonilo BKClaimConfirmation@ftb.ca.gov
NOTICE: James R Felton jfelton@gblawllp.com, ystotland@gblawllp.com; msingleman@gblawllp.com
NOTICE: David R Haberbush dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com, abostic@lbinsolvency.com, vhaberbush@lbinsolvency.com, haberbush.assistant@gmail.com, jborin@lbinsolvency.com, lbogard@lbinsolvency.com
NOTICE: M. Jonathan Hayes jhayes@rhmfirm.com
NOTICE: Christina J Khil christinao@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com
NOTICE: Joshua T Kluewer jkluewer@kluewerlaw.com, jkluewer@kluewerlaw.com
NOTICE: Dare Law dare.law@usdoj.gov
NOTICE: Bonni S Mantovani cmartin@pralc.com, ecfcca@ecf.courtdrive.com
NOTICE: Elissa Miller elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com; cheryl.caldwell@gmlaw.com; courtmail@gmlaw.com
NOTICE: Sean A OKeefe sokeefe@okeefelc.com, seanaokeefe@msn.com
NOTICE: Martin W. Phillips marty.phillips@att.net
NOTICE: Brett Ramsaur brett@ramsaurlaw.com, alecia@ramsaurlaw.com; paralegal@ramsaurlaw.com
NOTICE: Lee S Raphael ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Jeremy H Rothstein jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com
NOTICE: Nathan F Smith nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Jeffrey L Sumpter jsumpter1@cox.net
NOTICE: Thomas B Ure tom@urelawfirm.com, urelawfirm@jubileebk.net; tom@ecf.courtdrive.com
NOTICE: Edward T Weber ed@eweberlegal.com
NOTICE: Grace White gracewhiteesq@sbcglobal.net
NOTICE: Reilly D Wilkinson rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
NOTICE: Kristin A Zilberstein bankruptcy@zbslaw.com, kzilberstein@zbslaw.com; kzilberstein_534@ecf.courtdrive.com

**SECTION 2 CONT**.
Allied Servicing Corporation
3019 N Argonne Rd
Spokane, WA 99212

Anthony Beninati
9841 Irvine Center Dr., Suite 100
Irvine, CA 92618

Anthony Beninati
c/o Alessandro Assanti, Esq.
9841 Irvine Center Dr. Suite 100
Irvine, CA 92618

Anthony Tarango DDS
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Arden Silverman
dba Capital Asset Protection
23679 Calabasas Rd. Number 677
Calabasas, CA 91302

Axiomatic Funding LLC
c/o Allied Servicing Corporation
3019 North Argonne Road
Spokane Valley, WA 99212

Bernadette Malia Stafford
Stafford Law
PO Box 1300
Riverside, CA 92502

Bourne Family Revocable Trust
Houston M. Watson, II Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Bourne Family Revocable Trust
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Brigitte Benchimol
c/o Thomas Mulally
14156 Magnolia Blvd. Suite 200
Sherman Oaks, CA 91423

Brigitte Benchimol
14156 Magnolia Blvd.
Sherman Oaks, CA, 91423

Calle Chihuehua 3 LLC
44489 Town Center Way, D368
Palm Desert CA 92260

CAM XI TRUST
c/o Fay Servicing LLC
PO Box 814609
Dallas, TX 75381-4609

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank (USA), N.A.
by American InfoSource as agent
4515 N Santa Fe Ave.
Oklahoma City, OK, 73118

Charles Schwab & Co, Inc.
FBO Eric Johnson DDS, Inc.
401K Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Charles Schwab & Co, Inc.
FBO John Avera, DDS
PSP Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Charles Schwab & Co, Inc.
FBO Philip B. Maldonado DDS
401K Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Charles Schwab & Co., Inc.
FBO Eric Johnson DDS, Inc.
401(k) c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Charles Schwab & Co., Inc.
FBO John Avera,
DDS, PSP Sean A. O'Keefe
O'KEEFE & ASSOCIATES
26 Executive Park, Suite 250
Irvine, CA, 92614

Charles Schwab & Co., Inc.
FBO Philip B. Maldonado
DDS 401(k) c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Citadel SVCS
25541 Commercentre Drive Suite 250
Lake Forest, CA, 92630

Civic Real Estate Holdings III, LLC
c/o Scheer Law Group
ATTN: Reilly Wilkinson
155 N. Redwood Dr
San Rafael, CA 94903

Civic Real Estate Holdings III, LLC
c/o Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

Coastal Capital Group LLC
10811 Washington Blvd #370
Culver City CA 90232

Coastal Capital Group LLC
C/O FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, California 92809-0112

Cobb, Eamranond, Kluewer, Mullins, & Norris c
811 Wilshire Blvd. Suite 1751
Los Angeles, CA 90017

Cruz Lopez
Robert Vega
c/o Arturo Santana
754 N Citrus Ave.
Covina, CA 91723

Danny and Maylee Sandson
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Danny and Maylee Sandson
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

David P. Cohen & Summer L. Cohen,
Trustees of the Cohen Living Trust Dated July 1, 2002
C/o Law Offices of Edward T
17151 Newhope St, Ste 203
Fountain Valley CA 92708

David P. Cohen and Summer L. Cohen, et al
c/o Superior Loan Servicing
7525 Topanga Canyon Blvd.
Canoga Park, CA 91303

Denise Birtch
167 E. 235th Street
Carson, CA 90745

Diana Martinez Garcia
1908 Henderson Ave.
Long Beach, CA 90806

~~Diana Garcia~~
~~11411 Arch St.~~
~~Berkeley, CA 94807~~
*01/30/2023 – return to sender, no such number, unable to forward*
Diana Garcia
c/o Allessandro G. Assanti, Esq.
9841 Irvine Center Dr., Suite 100
Irvine, CA, 92618

Douglass B. Coffman DO PC
401(k) Plan c/o
Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Douglass B. Coffman DO PC
401K Plan Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Dr. Andrew Norris
c/o Joshua Kluewer, Esq.
811 Wilshire Blvd. Suite 1751
Los Angeles, CA 90017

~~Fay Servicing, LLC~~
~~POB 619063~~
~~Dallas, TX 75261~~
*08/01/2022 – return to sender, attempted not known, unable to forward*

Franchise Tax Board
Bankruptcy BE MS A345
PO Box 2952
Sacramento, CA, 95812

~~Hazel Ortega~~
~~c/o Brett Ramsaur, Esq.~~
~~27075 Cabot Road~~
~~Laguna Hills, CA 92653~~
*11/21/2022 – Return to sender, attempted – not known, unable to forward*

Hotosa Ebrahimzadeh
22804 Islamare Lane Suite 250
Lake Forest, CA 92630-26

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA, 19101

IRA Services Trust Company
CFBO Steve McNichols IRA
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

IRA Services Trust Company
CFBO Frank Wilkinson IRA
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

IRA Services Trust Company
CFBO Frank Wilkinson IRA
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

IRA Services Trust Company
CFBO Gail Fuller IRA
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

IRA Services Trust Company
CFBO Gail Fuller IRA
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

IRA Services Trust Company
CFBO Steve McNichols IRA
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

James D. Moise Living Trust
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

James D. Moise Living Trust
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

~~Jennifer Irma Melyan~~
~~421 Waldo Ave. Apt. 206~~
~~Pasadena, CA 91101~~
*07/08/2022 Return to sender, not deliverable as addressed unable to forward*

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid, & Crane LLP
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Keith Mullins
c/o Joshua Kluewer, Esq.
811 Wilshire Blvd. Suite 1751
Los Angeles, CA 90017

Laura Cobb
c/o Joshua Kluewer, Esq.
811 Wilshire Blvd. Suite 1751
Los Angeles, CA 90017

Lauren Benton Children's Trust
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Lauren Benton Children's Trust
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Lawrence and Gail Fuller JTWROS
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Lawrence and Gail Fuller JTWROS
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles CA 90012

Los Angeles County Treasurer and Tax Collector
Attn: Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0110

Marianne Cordova-Breen
c/o Gloria D Cordova Esq
15939 Phoenix Drive
City of Industry CA 91745

Masen Khattat, et al
c/o Redwood Trust Deed Services, Inc.
3550 Round Barn Blvd., Suite 203
Santa Rosa, CA 95403

Matilda Garcia
1908 Henderson Ave.
Long Beach, CA 90806

Matilda Garcia
c/o Allessandro G. Assanti, Esq.
9841 Irvine Center Drive, Suite 100
Irvine, CA, 92618

Michael and Margret Brown
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Michael and Margret Brown
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Michelle and John Richards
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Michelle and John Richards
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian FBO David Skersick IRA
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian FBO Donald Trunkey IRA
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian Richard Parrott Inherited IRA Joseph Parrott
Houston M. Watson, II Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian FBO Mathew Goss Pensco IRA
Houston M. Watson, II Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian FBO Mark Schneider IRA
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian Richard Parrott Inherited IRA Dorothy Parrott
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian FBO Susan Sandson IRA
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian FBO Nancy Parrott IRA
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian FBO Richard Parrott IRA
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian FBO Janice Little IRA
Houston M. Watson, II Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian FBO Cynthia Campbell IRA
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian FBO Mark Sandson Pensco IRA
Houston M. Watson, II Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian FBO Gregory Cramm IRA
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian FBO James Kirk Bowyer IRA
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian FBO Geraldine Bennett IRA
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian FBO Douglass Bennett IRA
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian Richard Parrott Inherited IRA Joseph Parrott
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian FBO Janice Little IRA
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian FBO Mark Sandson IRA
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian FBO Geraldine Bennett IRA
c/o Sean A. O'Keef
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian FBO Geraldine Bennett IRA
c/o Sean A. O'Keef
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian FBO Donald Trunkey
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian FBO Douglass Bennett IRA
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian FBO Gregory Cramm
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian FBO James Kirk Bowyer IRA
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian FBO Janice Little IRA
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian FBO Mark Schneider IRA
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian FBO Matthew Goss Pensco IRA
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian FBO Susan Cramm IRA
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian FBO Susan Sandson IRA
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian FBO Susan Cramm IRA
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Pensco Trust Company
Custodian Richard Parrott Inherited IRA Joseph Parrott
c/o O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Pensco Trust Company
Custodian Richard Parrott Inherited IRA Dorothy Parrott
c/ O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

PFG Advisory Group, Inc. 401(k)
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

PFG Advisory Group, Inc. 401K
Houston M. Watson, II Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Philip Potter DDS 401(k)
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Philip Potter DDS 401K
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

PM Lender Financial Services LLC
c/o Superior Loan Servicing
7525 Topanga Canyon Blvd
Canoga Park, CA 91303

PM Lender Financial Services, LLC
C/o Law Offices of Edward T
17151 Newhope St, Ste 203
Fountain Valley CA 92708

Pornsavan Eamranond
c/o Joshua Kluewer, Esq.
811 Wilshire Blvd. Suite 1751
Los Angeles, CA 90017

~~Pornsavan Eamranond~~
~~Andrew Norris, Laura Cobb and Keith Mullins~~
~~c/o Joshua Kluewer Esq.~~
~~1055 W. 7th St. Ste 3364~~
~~Los Angeles CA 90017~~
*11/28/2022 – return to sender, no mail receptacle, unable to forward*

Redwood Trust Deed Services
550 Round Barn Blvd. Suite 203
Santa Rosa, CA 95403

Richard & Nancy Parrott
c/o Sean A. O'Keefe
26 Executive Park
Suite 250
Irvine, CA, 92614

Richard and Nancy Parrott
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Rocio Cavazos
c/o Joshua Kluewer, Esq.
811 Wilshire Blvd. Suite 1751
Los Angeles, CA 90017

Rocio Cavazos
c/o Douglas Plazak
3685 Main St. Suite 300
Riverside, CA, 92501

Rosana A. Torres
3662 W. 168th Street
Torrance, CA 90504

Sheila Esmaili
dba Law Offices of Sheila Esmaili
11601 Wilshire Blvd. Suite 500 (5th Floor)
Los Angeles, CA 90025

Skersick Family Living Trust
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Skersick Family Living Trust
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

~~Stephen Holmes~~
~~143 East 12th Street Suite 250~~
~~Long Beach, CA 90814-26~~
*01/19/2023 – return to sender, no such number, unable to forward*

TD Ameritrade FBO
Embrace Orthodontics PSP
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

TD Ameritrade FBO
Embrace Orthodotics PSP
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

The 2016 Charitable Remainder Annuity Trust,
Philip Potter Trustee
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

The 2016 Potter Charitable Remainder
Annuity Trust, Philip Potter Trustee
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

The Bennet Family Trust
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

The Bennett Family Trust
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

The Sandson Revocable Living Trust
Houston M. Watson, II Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

The Sandson Revocable Living Trust
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Turning Pointe LLC 401(k)
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92614

Turning Pointe LLC 401K
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

US Securities & Exchange Commission
100 F Street NE
Washington, DC, 20549

Vargo Radiology Associates 401(k)
c/o Sean A. O'Keefe
26 Executive Park, Suite 250
Irvine, CA, 92617

Vargo Radiology Associates 401K
Houston M. Watson, II, Esq.
2501 S. El Camino Real, Suite 101
San Clemente CA 92672

Velocity Commercial Caplital, LLC
PO Box 7089
Westlake Village, CA 91359