United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-18528-WB |
| Vision Adelante | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 09, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Vision Adelante, 1267 Sartori Ave, Torrance, CA 90501-2718 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026         Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arturo Cisneros | on behalf of Trustee Mark M Sharf (TR) arturo@mclaw.org  CACD_ECF@mclaw.org |
| Bonni S Mantovani | on behalf of Creditor Axiomatic Funding LLC cmartin@pralc.com  ecfcca@ecf.courtdrive.com |
| Brett Ramsaur | on behalf of Creditor Hazel Ortega brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Brett Ramsaur | on behalf of Interested Party Courtesy NEF brett@ramsaurlaw.com  alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com |
| Christina J Khil | on behalf of Trustee Mark M Sharf (TR) christinao@mclaw.org  CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |

Case 2:21-bk-18528-WB    Doc 376    Filed 02/11/26    Entered 02/11/26 21:36:22    Desc
Imaged Certificate of Notice    Page 2 of 5

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 09, 2026 | Form ID: pdf042 | Total Noticed: 1 |

Dare Law
    on behalf of U.S. Trustee United States Trustee (LA) dare.law@usdoj.gov

David R Haberbush
    on behalf of Defendant Sherri Agnifili an individual dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com

Edward T Weber
    on behalf of Creditor MASEN KHATTAT et al ed@eweberlegal.com

Edward T Weber
    on behalf of Creditor David P. Cohen and Summer L. Cohen et al ed@eweberlegal.com

Edward T Weber
    on behalf of Interested Party Courtesy NEF ed@eweberlegal.com

Elissa Miller
    on behalf of Interested Party Courtesy NEF elissa.miller@gmlaw.com emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com

Gloria D Cordova
    on behalf of Creditor Marianne Cordova-Breen NEF@gcordovalaw.com NEF@gcordovalaw.com;ssg@gcordovalaw.com

Grace White
    on behalf of Defendant Ricardo Magana an individual gracewhiteesq@sbcglobal.net

Grace White
    on behalf of Defendant Goodbye Vitiligo/Adios Vitiligo Inc., a California corporation gracewhiteesq@sbcglobal.net

James R Felton
    on behalf of Attorney James R. Felton jfelton@gblawllp.com ystotland@gblawllp.com;msingleman@gblawllp.com

James R Felton
    on behalf of Defendant Gerald N. Friedman A.K.A. Jerry Friedman an individual jfelton@gblawllp.com, ystotland@gblawllp.com;msingleman@gblawllp.com

Jeffrey L Sumpter
    on behalf of Financial Advisor MENCHACA & COMPANY LLP CPA jsumpter1@cox.net

Jeremy H Rothstein
    on behalf of Defendant Gerald N. Friedman A.K.A. Jerry Friedman an individual jrothstein@gblawllp.com, msingleman@gblawllp.com;mbowes@gblawllp.com

Joshua T Kluewer
    on behalf of Creditor Laura Cobb jkluewer@kluewerlaw.com jkluewer@kluewerlaw.com

Joshua T Kluewer
    on behalf of Creditor Andrew Norris jkluewer@kluewerlaw.com jkluewer@kluewerlaw.com

Joshua T Kluewer
    on behalf of Creditor Pornsavan Eamranond jkluewer@kluewerlaw.com jkluewer@kluewerlaw.com

Joshua T Kluewer
    on behalf of Creditor Keith Mullins jkluewer@kluewerlaw.com jkluewer@kluewerlaw.com

Kristin A Zilberstein
    on behalf of Creditor Civic Real Estate Holdings III LLC kzilberstein@lha-law.com, kzilberstein@zbslaw.com;kzilberstein_534@ecf.courtdrive.com

Lee S Raphael
    on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com cmartin@pralc.com

M. Jonathan Hayes
    on behalf of Attorney Courtesy NEF jhayes@rhmfirm.com

Mark M Sharf (TR)
    mark@sharflaw.com C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

Martin W. Phillips
    on behalf of Interested Party Courtesy NEF marty.phillips@att.net

Nathan F Smith
    on behalf of Plaintiff Mark M. Sharf solely in his capacity as the Chapter 7 trustee for the bankruptcy estate of Vision Adelante nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Plaintiff Mark M. Sharf solely in his capacity as the Chapter 7 trustee for the bankruptcy estate of Vision Adelante nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Trustee Mark M Sharf (TR) nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 09, 2026 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Rebecca Estonilo | on behalf of Creditor FRANCHISE TAX BOARD BKClaimConfirmation@ftb.ca.gov |
| Reilly D Wilkinson | on behalf of Creditor Civic Real Estate Holdings III  LLC rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com |
| Reilly D Wilkinson | on behalf of Creditor CAM XI TRUST  its successors and/or assignees rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com |
| Sean A OKeefe | on behalf of Creditor PFG Advisory Group 401k Plan sokeefe@okeefelc.com  seanaokeefe@msn.com |
| Sean A OKeefe | on behalf of Attorney Courtesy NEF sokeefe@okeefelc.com  seanaokeefe@msn.com |
| Shannon A Doyle | on behalf of Creditor Forethought Life Insurance Company sdoyle@ghidottiberger.com  bknotifications@ghidottiberger.com |
| Sheila Esmaili | on behalf of Interested Party Courtesy NEF selaw@bankruptcyhelpla.com |
| Thomas B Ure | on behalf of Defendant Rodolfo Torres  an individual tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com |
| Thomas B Ure | on behalf of Defendant Josefina Torres  an individual tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 40

```
ARTURO M. CISNEROS, #120494
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: arturo@mclaw.org
```

*Attorneys for Chapter 7 Trustee, Mark M. Sharf*

**FILED & ENTERED**

**FEB 09 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>VISION ADELANTE,<br><br>                Debtor. | Case No. 2:21-bk-18528-WB<br><br>Chapter 7<br><br>**ORDER GRANTING APPLICATION TO APPEAR VIA ZOOMGOV**<br><br>**Hearing:**<br>Date:  February 12, 2026<br>Time: 2:00 p.m.<br>Ctrm: 1375<br>Place: 255 East Temple Street, Los Angeles CA 90012 |

The Court, having considered the Application to Appear Via Zoomgov ("Application") [Docket Entry No. 373], all related pleadings, the docket as a whole, and finding good cause, hereby orders as follows:

    1.    The Motion is **GRANTED.**

    ///

    ///

    ///

    ///

    ///

1

2. Nathan F. Smith, Attorney for Trustee, Debtor, Counsel of Debtor and overbidders are approved to appear via ZoomGov *via video with cameras turned on*.

3. ***Parties appearing by ZoomGov must join <u>30 minutes prior to the hearing for check-in</u>. The failure of a party to join 30 minutes prior to the hearing and be checked-in may preclude that party from participating in the sale hearing. The following is the ZoomGov connection information, which may also be found on the Court's website, Tentative Rulings/Posted Calendars:***

> *https://cacb.zoomgov.com/j/1608730899*
>
> *or*
>
> *https://www.zoomgov.com and insert*
>
> *Meeting ID: 160 873 0899 and*
>
> *Password: 986120.*

**IT IS SO ORDERED.**

### 

Date: February 9, 2026

Julia W. Brand
United States Bankruptcy Judge

2